UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIVECA NOVAK<br>5230 Duvall Drive<br>Bethesda, Maryland 20816<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>Washington, D.C. 20505<br><br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | <br><br><br><br><br><br>Civil Action No. 23-2989 |

\* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, seeking the production of records responsive to a request submitted by the Plaintiff, Viveca Novak ("Novak"), to the Defendant Central Intelligence Agency ("CIA").

## JURISDICTION

1. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the Defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## VENUE

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## PARTIES

3. The plaintiff, Novak, is a U.S. citizen and requested responsive records via FOIA.

4. The defendant, CIA, is an agency within the meaning of 5 U.S.C. § 552(f), and is in possession and/or control of the requested records that are the subject of this action.

## **FACTS**

5. This FOIA action seeks to serve a purpose that was an unanticipated silver lining to the creation of a statutory right of access to government records: the ability of citizens to learn about the work their late family members performed decades ago in service of this country. Novak seeks nothing more than CIA records documenting her late mother's personnel file encompassing over two decades' worth of service to the CIA and the U.S. Government writ large.

6. For context, Dagmar Stapleton ("Stapleton") – born Dagmar Novakova – was born in pre-World War II Czechoslovakia and fled to the United States (via Germany) in 1950, escaping oppression from Soviet-imposed communism. She came to the United States as a teenager, eventually married, and started a family like countless other individuals who came seeking out the American Dream.

7. By the time Novak was prepared to leave for college, her mother, Stapleton, began to look to start a career. Lacking a college degree but retaining expertise in at least three languages other than English – namely, Czech, German and Russian – Stapleton secured a civil service position with the CIA in approximately 1974 or 1975 translating radio broadcasts and newspapers into English.

8. It is Novak's understanding that in the late 1970s her mother's work transitioned into the operations side, and that her mother oversaw the Czech Desk for CIA. It is Novak's personal recollection that her mother took at least twenty (20) overseas trips in the 1980s as part of her work in support of the CIA. It is Novak's further understanding that her mother's work included coordination with several other U.S. Government agencies, including the Department of State, the Department of Defense, and the Federal Bureau of Investigation.

9. Stapleton's employment with the CIA has been officially acknowledged.

10. Following the fall of the Soviet Union and post-Cold War restructuring of the Intelligence Community, Stapleton was offered a "buyout" from the CIA. She accepted it and retired in 1994 at the age of 63. Her work in support of her adopted country was complete. Stapleton passed away on May 23, 2016.

## **COUNT ONE**

11. By letter dated March 23, 2021, Novak submitted a FOIA request to the CIA.

12. The FOIA request sought copies of "all documents in the personnel file of my mother, Dagmar Stapleton". The FOIA request noted that Novak's mother, Stapleton, worked for the CIA from approximately 1974 until her retirement in 1994.

13. Novak sought news media status for purposes of her FOIA request.

14. By letter dated March 25, 2021, the CIA acknowledged receipt of the FOIA request and assigned it request number F-2021-01285.

15. To date, no substantive response has been issued by the CIA with respect to the FOIA request.

16. Novak has constructively exhausted the requisite administrative remedies.

17. Novak is entitled to receipt of non-exempt copies of all records responsive to her FOIA request.

WHEREFORE, Plaintiff Viveca Novak prays that this Court:

(1) Orders the Defendant to disclose non-exempt copies of the requested records in their entirety and make copies promptly available to the Plaintiff;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552 (a)(4)(E) and/or 28 U.S.C. § 2412 (d);

(3) expedite this action in every way pursuant to 28 U.S.C. § 1657 (a); and,

(4) grant such other relief as the Court may deem just and proper.

Date:   October 6, 2023

                      Respectfully submitted,

                          /s/ *Bradley P. Moss*
                      _____
                      Bradley P. Moss, Esq.
                      D.C. Bar #975905
                      Mark S. Zaid, Esq.
                      D.C. Bar #440532
                      Mark S. Zaid, P.C.
                      1250 Connecticut Avenue, N.W.
                      Suite 700
                      Washington, D.C. 20036
                      (202) 907-7945
                      (202) 330-5610 fax
                      Brad@MarkZaid.com
                      Mark@MarkZaid.com

                      Attorneys for the Plaintiff